IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**KAREN ANN LEESON CARR,**

      **Plaintiff,**

vs.                                         Civ. No. 06-0485 WPJ/LCS

**CONTESTANTS TO THE ESTATE OF
HOWARD ROD LEESON, IMMEDIATE
FAMILY LEESON, JANE DOES and
JOHN DOES,**
      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed October 16, 2006. (Doc. 6.) Plaintiff has filed no objections.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed October 16, 2006 (Doc. 6) are adopted by the Court.

An Order of Dismissal consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

 

_____
UNITED STATES DISTRICT JUDGE